# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL A. LEONARD<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTOR COMPANY,<br><br>Defendant. | CIVIL NO.:<br><br><br><br><br>Removed from the Connecticut Superior Court for the Judicial District of New Haven at New Haven |

## NOTICE OF REMOVAL

TO:   Honorable Chief Judge and Judges of the United States District Court

General Motors Company ("GM Company"), Defendant in the above-captioned action, hereby files this Notice of Removal of this action from the Superior Court of the Judicial District of New Haven at New Haven to the United States District Court for the District of Connecticut, pursuant to 28 U.S.C. §1441, and in support thereof aver as follows:

1. The above-captioned action was commenced against GM Company on August 21, 2019, with a Return Date of December 17, 2019, in the Superior Court of the Judicial District of New Haven at New Haven. *Plaintiff's Complaint and Summons, attached as Exhibit "A"*.

2. The Summons and Complaint were received by GM Company on **September 25, 2019**, via service on the Secretary of the State of Connecticut "as the Statutory Agent for Service of Process."

3. This Notice of Removal is filed within 30 days after service of the Summons and Complaint on GM Company, pursuant to 28 U.S.C. § 1446(b).

4. No further proceedings have been had in the Superior Court of the Judicial District of New Haven at New Haven in connection with the above-captioned action.

5. The above-captioned action is a civil action alleging the Defendant's alleged negligence and carelessness violated The Connecticut General Statutes as well as Federal Safety Requirements.

6. The Complaint alleges Plaintiff, Michael Leonard, was operating a 2007 Chevrolet Cobalt LT model vehicle when Plaintiff "collided with the Jersey Barrier at 40-45 mph. Causing (sic) the left front driver side to be damaged substantially enough to render the vehicle 'totaled.'" Ex. "A", ¶ 4.

7. Plaintiff claims that "this collision revealed manufacturing flaws." The Complaint alleges that the "airbags never deployed upon impact and that the safety restraint (seat belt) failed to prevent Plaintiff from impacting the steering wheel." Ex. "A", ¶ 5.

### Diversity of the Parties

8. As averred in Plaintiff's Complaint, the Plaintiff is a citizen of the State of Connecticut. See Exhibit "A."

9. Defendant, GM Company, is neither incorporated in nor maintains its principal place of business in the State of Connecticut.

10. GM Company is a Corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of Michigan. See Affidavit of Rick Hansen, a copy of which is attached hereto as Exhibit "B."

### Amount in Controversy

11. Plaintiff allegedly sustained substantial injuries including migraines, permanent painful bite and discomforting sensitivity to cold and heat, emotional trauma exacerbating previously diagnosed PTSD, generalized anxiety disorder and depression. Ex. "A", ¶ 6.

12. Plaintiff is seeking "damages in the sum of $1,250,000.00 as well as two replacement vehicles, one each of my choosing a truck and a car." Ex. "A", ¶ 7.

13. Plaintiff's claim therefore exceeds the amount in controversy of seventy-five thousand dollars ($75,000.00), exclusive of interests and costs, and thus satisfies the threshold for federal diversity jurisdiction. 28 U.S.C. § 1332(a) and § 1441(a).

## Removal is Proper

14. This Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1322, in that the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states for diversity purposes. The above-captioned action may, therefore, be removed pursuant to 28 U.S.C. § 1441(a).

15. At the time of the filing of the Plaintiffs' Complaint and at the time of this removal, there is complete diversity of citizenship between Plaintiffs and all Defendants pursuant to 28 U.S.C. § 1332(a)(1).

16. Written notice of the filing of this Notice will be served on the adverse party as required by 28 U.S.C. §1446(d).

17. Pursuant to 28 U.S.C. §§ 1442(a) (1) and 1446, GM Company, has on this date filed a notice in the Superior Court of the State of Connecticut, Judicial District of New Haven at New Haven, notifying the Court of the filing of this Notice of Removal.

18. Pursuant to 28 U.S.C. §1446(a), all process, pleadings and orders are attached hereto as exhibits.

WHEREFORE, Defendant, General Motors Company, prays for removal of the above-captioned action from the Superior Court of the Judicial District of New Haven at New Haven to the United States District Court of Connecticut.

Date:  10/25/19                                    **GENERAL MOTORS COMPANY**
                                                   By its Attorney,


                                                   /s/Timothy J. Duggan
                                                   Timothy J. Duggan (ct 17830)
                                                   Duggan & Gianacoplos, LLC
                                                   157 Church Street, 19th floor
                                                   New Haven, CT 06510
                                                   Juris No.: 415008
                                                   T: (800) 762-0077
                                                   F: (781) 762-9299
                                                   E: tjd@dcclawyers.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid on Michael A. Leonard, 900 Highland Avenue, Cheshire, CT 06410 on October 25, 2019.


                                                   /s/Timothy J. Duggan
                                                   Timothy J. Duggan