# A.

OFFICE OF THE SECRETARY OF THE STATE
STATE OF CONNECTICUT
30 TRINITY STREET
P.O. BOX 150470
HARTFORD, CONNECTICUT 06115-0470



7018 1830 0002 2354 5256

GENERAL MOTOR COMPANY
P.O. BOX 33170,
DETROIT, MI 48232

RECEIVED SEP 3 0 2019

SECRETARY OF THE STATE OF CONNECTICUT
30 TRINITY STREET
P.O. BOX 150470
HARTFORD, CT 06115-0470

NOTICE OF SERVICE OF PROCESS

09/25/2019
GENERAL MOTOR COMPANY
P.O.BOX 33170,
DETROIT, MI 48232

Re: LEONARD, MICHAEL A.         V. GENERAL MOTOR COMPANY

To whom it may concern:

Legal process has been served on the Secretary of The State of Connecticut as the Statutory Agent for Service of Process for

GENERAL MOTOR COMPANY

in the above referenced matter. Enclosed is a copy of the submission to this office.

Sincerely,
Denise W. Merrill
Secretary of the State of Connecticut

By:   BLANCA OTERO
      860-509-6003

Case #:   0000255659   A 001

Mail Number:   7018 1830 0002 2354 5256

Enc.

Docket No:
NNH- CV-19-
5047127-S

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov



See other side for instructions

SECRETARY OF THE STATE
SEP 2 5 2019
RECEIVED

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New haven, CT. 06511 | (203) 503-6800 | December 17, 2019 |

| Judicial District ☒ | G.A. Housing Session ☐ Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349): New Haven | Case type code (See list on page 2) Major: V   Minor: 09 |

**For the Plaintiff(s) please enter the appearance of:**

Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)
Michael A. Leonard  900 Highland Avenue, Cheshire, CT. 06410

Juris number (to be entered by attorney only):

Telephone number (with area code): ( )

Signature of Plaintiff (if self-represented): Michael A. Leonard

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☒ No

Email address for delivery of papers under Section 10-13 (if agreed to):

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name/Address: Leonard, Michael A.  900 Highland Avenue. Cheshire, CT. 06410 | P-01 |
| Additional Plaintiff | Name/Address: | P-02 |
| First Defendant | Name/Address: General Motor Company. P.O. Box 33170 Detroit, MI. 48232 | D-01 |
| Additional Defendant | Name/Address: | D-02 |
| Additional Defendant | Name/Address: | D-03 |
| Additional Defendant | Name/Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☐ Commissioner of the Superior Court  ☒ Assistant Clerk | Name of Person Signing at Left: Alisa Polaski | Date signed: 8/30/19 |

**If this Summons is signed by a Clerk:**
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date
ATTEST: A TRUE COPY
Neil Longobardi
CT STATE MARSHAL

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff): Michael A. Leonard | Date: 8/21/2019 | Docket Number |

(Page 1 of 2)

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Summary Process actions
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
|  | C 10 | Construction - State and Local |
|  | C 20 | Insurance Policy |
|  | C 30 | Specific Performance |
|  | C 40 | Collections |
|  | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
|  | E 10 | Redevelopment Condemnation |
|  | E 20 | Other State or Municipal Agencies |
|  | E 30 | Public Utilities & Gas Transmission Companies |
|  | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
|  | M 10 | Receivership |
|  | M 20 | Mandamus |
|  | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
|  | M 40 | Arbitration |
|  | M 50 | Declaratory Judgment |
|  | M 63 | Bar Discipline |
|  | M 66 | Department of Labor Unemployment Compensation Enforcement |
|  | M 68 | Bar Discipline - Inactive Status |
|  | M 70 | Municipal Ordinance and Regulation Enforcement |
|  | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
|  | M 83 | Small Claims Transfer to Regular Docket |
|  | M 84 | Foreign Protective Order |
|  | M 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
|  | H 12 | Housing - Rent and/or Damages |
|  | H 40 | Housing - Audita Querela/Injunction |
|  | H 50 | Housing - Administrative Appeal |
|  | H 60 | Housing - Municipal Enforcement |
|  | H 90 | Housing - All Other |
| Property | P 00 | Foreclosure |
|  | P 10 | Partition |
|  | P 20 | Quiet Title/Discharge of Mortgage or Lien |
|  | P 30 | Asset Forfeiture |
|  | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
|  | T 03 | Defective Premises - Private - Other |
|  | T 11 | Defective Premises - Public - Snow or Ice |
|  | T 12 | Defective Premises - Public - Other |
|  | T 20 | Products Liability - Other than Vehicular |
|  | T 28 | Malpractice - Medical |
|  | T 29 | Malpractice - Legal |
|  | T 30 | Malpractice - All other |
|  | T 40 | Assault and Battery |
|  | T 50 | Defamation |
|  | T 61 | Animals - Dog |
|  | T 69 | Animals - Other |
|  | T 70 | False Arrest |
|  | T 71 | Fire Damage |
|  | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
|  | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
|  | V 05 | Motor Vehicles* - Property Damage only |
|  | V 06 | Motor Vehicle* - Products Liability Including Warranty |
|  | V 09 | Motor Vehicle* - All other |
|  | V 10 | Boats |
|  | V 20 | Airplanes |
|  | V 30 | Railroads |
|  | V 40 | Snowmobiles |
|  | V 90 | All other |
|  |  | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
|  | W 90 | All other |

JD-CV-1 Rev. 4-16 (Back/Page 2)

| | | |
|---|---|---|
| MICHAEL A. LEONARD | : | SUPERIOR COURT |
| VS. | : | J.D OF NEW HAVEN |
| GENERAL MOTOR COMPANY | : | AT NEW HAVEN |
| RETURN DATE: DECEMBER 17, 2019 | : | AUGUST 21, 2019 |

COMPLAINT

1. Michael A. Leonard (Plaintiff) is filing a civil summons.

2. On or about January 5, 2017 at approximately 9:21 a.m. Plaintiff Leonard was driving in the left-hand lane southbound on I-95 between exits 56 and 57 in Branford, Connecticut.

3. On said date, at said time. Plaintiff Leonard was the operator of a 2007 Chevrolet Cobalt LT model vehicle manufactured by the General Motor Company out of Detroit, Michigan.

4. Plaintiff Leonard collided with the Jersey Barrier at about 40-45 mph. Causing the left front driver side of said vehicle to be damaged substantially enough to render the vehicle "totalled".

5. The above-mentioned collision revealed manufacturing flaws in the following ways:

    A. The air bags never deployed upon impact.

    B. The safety restraint (seat belt) failed to prevent Plaintiff Leonard from impacting the steering wheel.

6. As a result of the above-mentioned collision and negligence and carelessness of the General Motor Company by installing an air bag and safety restraint system that was later recalled and not notifying Plaintiff Leonard, General Motor Company is in Violation of both Section:14-106d. and Section:14-100a. of the Connecticut General Statutes. As well as violating Federal Safety Requirements provided in 49 CFR 571.208. as well as 49 CFR 571.209. Plaintiff Leonard suffered substantial injuries in the following ways:

1

| | | |
|---|---|---|
| MICHAEL A. LEONARD | : | SUPERIOR COURT |
| VS. | : | J.D OF NEW HAVEN |
| GENERAL MOTOR COMPANY | : | AT NEW HAVEN |
| RETURN DATE: DECEMBER 17, 2019 | : | AUGUST 21, 2019 |

## COMPLAINT

A. From the physical collision to the steering wheel the Plaintiff Leonard suffers from migraines, as well as a permanant painful bite and discomforting sensitivity to cold and heat.

B. Emotional trauma exasperating a previously diagnosed Post Traumatic Stress Disorder, as well as a Generalized Anxiety Disorder and Depression.

7. As a result of General Motor Company's negligence, Plaintiff Leonard is seeking damages in the sum of $1,250,000.00 as well as two replacement vehicles, one each of my choosing a truck and a car.

*Michael L. Leonard*
8/21/2019

2

MICHAEL A. LEONARD                :        SUPERIOR COURT

VS.                               :        J.D OF NEW HAVEN

GENERAL MOTOR                     :        AT NEW HAVEN
COMPANY

RETURN DATE: DECEMBER 17, 2019    :        AUGUST 21, 2019


PRAYER FOR RELIEF


WHEREFORE, the Plaintiff claims:

1. Money Damages;

2. Vehicle replacements

3. Costs

4. Such other and further relief as may be equitable and proper.


Plaintiff Michael A. Leonard

*Michael L. Leonard* 8/21/19

By: Michael A. Leonard


Michael A. Leonard #355611
900 Highland Avenue E2-30
Cheshire, CT. 06410

3

# Business Inquiry

## Business Details

| | |
|---|---|
| Business Name: | GENERAL MOTORS COMPANY |
| Business ID: | 0974818 |
| Business Address: | 300 RENAISSANCE CENTER, DETRIOT, MI, 48265 |
| Mailing Address: | 300 RENAISSANCE CENTER, DETRIOT, MI, 48265 |
| Date Inc/Registration: | Jun 26, 2009 |
| Commence Business Date: | Jul 06, 2009 |
| Annual Report Due Date: | 06/26/2010 |
| Citizenship/State Inc: | Foreign/DE |
| Last Report Filed Year: | NONE |
| Business Type: | Stock |
| Business Status: | Withdrawn |
| Name in State of INC: | GENERAL MOTORS COMPANY |

## Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| DAVID MARKOWITZ  PRES | 300 RENAISANCE CENTER, DETROIT, MI, 48265-3000 | 23 WEST 74D STREET, #507, NEW YORK, NY, 10023 |
| SADIQ MALIK  VICE PRES. | 300 RENAISANCE CENTER, DETROIT, MI, 48265-3000 | 235 E. 40TH STREET, #22B, NEW YORK, NY, 10016 |
| SADIQ MALIK  TREAS. | 300 RENAISANCE CENTER, DETROIT, MI, 48265-3000 | 235 E. 40TH STREET, #22B, NEW YORK, NY, 10016 |

## Agent Summary

| | |
|---|---|
| Agent Name | SECRETARY OF THE STATE |
| Agent Business Address | 30 TRINITY STREET, HARTFORD, CT, 06106-0470 |
| Agent Residence Address | NONE |