# B.

Case 3:19-cv-01682-SRU   Document 1-2   Filed 10/25/19   Page 1 of 4

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL A. LEONARD<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTOR COMPANY,<br><br>Defendant. | Docket No.<br><br><br><br>**Affidavit of Rick Hansen** |

I, Rick Hansen, having been duly sworn according to law, declare and affirm that the facts set forth in this Affidavit are true and correct to the best of my knowledge, information and belief:

1. I am over the age of eighteen (18), of sound mind and body, and am fully competent to testify to the matters stated herein. I make this Affidavit based upon my personal knowledge and General Motors' information available to me. The statements contained herein are true and correct.

2. I serve as the Secretary of General Motors Company, General Motors Holdings LLC and General Motors LLC. As such, I am familiar with and have personal knowledge of the corporate structure of General Motors Company and General Motors LLC.

3. General Motors LLC is a Delaware limited liability company with its principal place of business in Wayne County, Michigan.

4. The present General Motors Company is a Delaware corporation with its principal place of business in Wayne County, Michigan. General Motors Company is a holding company

1

9. The October 16, 2009 conversion of General Motors LLC to a limited liability company was part of a reorganization to provide greater financial and organizational flexibility to the organization, which was completed when General Motors LLC transferred all of its assets and liabilities except for those related to U.S. automotive operations to its parent, General Motors Holdings LLC, on October 19, 2009 and November 2, 2009. As part of this reorganization a new ultimate parent company was created, and it changed its name from General Motors Holding Company to General Motors Company on October 16, 2009.

10. These restructuring activities were described to the Securities and Exchange Commission in a Current Report on Form 8-K, filed October 23, 2009.

11. General Motors Company is not General Motors LLC nor is it the predecessor of General Motors LLC or General Motors Corporation.

12. Accordingly, defendant General Motors Company:

   a. does not engage in any business in the State of Connecticut;

   b. does not own any property in the State of Connecticut;

   c. does not have a designated agent for service of process in the State of Connecticut; and

   d. does not place any products into the stream of commerce that enter the State of Connecticut.

I hereby declare under penalty of perjury the foregoing is true and correct.

Date: _____   _____
                                                                   RICK HANSEN

Sworn to and subscribed before me this __23rd__ day of October 2019 in Detroit, Michigan, Wayne County.

_____
Notary Public

My Commission Expires: __June 6, 2023__

```
VALERICA LOREDANA LUP
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jun 6, 2023
Acting in the County of ___Wayne___
```

4