**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MICHAEL A. LEONARD | : |
|     Plaintiff | : |
| | : |
| v. | : |
| | : |
| GENERAL MOTORS COMPANY | : |
|     Defendant | : |

**NOTICE OF APPEARANCE**

    Please enter the appearance of the undersigned counsel, Attorney Timothy J. Duggan, as counsel for the Defendant, General Motors Company.

                                              **GENERAL MOTORS COMPANY**
                                              By its Attorney,

                                              /s/Timothy J. Duggan
                                              Timothy J. Duggan (ct 17830)
                                              Duggan & Gianacoplos, LLC
                                              157 Church Street, 19th floor
                                              New Haven, CT 06510
                                              Juris No.: 415008
                                              T: (800) 762-0077
                                              F:  781-762-9299
                                              tjd@dcclawyers.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid on Michael A. Leonard, 900 Highland Avenue, Cheshire, CT 06410 on October 25, 2019.

                                              /s/Timothy J. Duggan
                                              Timothy J. Duggan